UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIMBERLY STEEFEL,

              Plaintiff,

-against-

BALLARD SPAHR LLP, et al.,

              Defendants.

25-CV-2885 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of a communication from the parties indicating their intent to substitute a corrected complaint for docket number 1. The Clerk of the Court shall strike docket number 1 from the docket. In the event Plaintiff files a corrected complaint by no later than April 18, 2025, the Court shall consider the corrected complaint to have been filed on the date on which the initial complaint was filed, April 8, 2025, for all statute of limitations purposes. The parties shall direct any questions about re-filing to Civil Case Openings at (212) 805-0632.

**SO ORDERED.**

Dated:    April 14, 2025
           New York, New York

                                      _/s/ Loretta A. Preska_
                                      LORETTA A. PRESKA
                                      Senior United States District Judge