

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

cstieber@seyfarth.com
T (212) 218-3382

www.seyfarth.com

June 10, 2025

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
U.S. District Court
500 Pearl Street, Room 750
New York, N.Y. 10017

    Re:    ***Kimberly Steefel v. Ballard Spahr, LLP, Brian Pinheiro***
            **U.S.D.C. S.D.N.Y. Case No. 1:25-cv-02885-LAP**

Dear Judge Parker:

We represent Defendants Ballard Spahr, LLP and Brian Pinheiro (together, "Defendants") in the above-referenced action. We write pursuant to Section I.C. of Your Honor's Individual Practices in Civil Cases to respectfully request an extension of Defendants' June 16, 2025 deadline to file a responsive pleading by two (2) weeks to June 30, 2025. Defendants request the extension to allow them sufficient time to adequately investigate and respond to Plaintiff's 228-paragraph, 64-page Complaint.

Plaintiff consents to the extension, and this is Defendants first request for an extension of time to respond. The extension will not impact any other deadlines in this proceeding.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Courtney S. Stieber*

Courtney S. Stieber

CSS:BDO

```
Defendants' request for an extension until June 30, 2025
to respond to the Complaint is GRANTED.  The Clerk of the
Court shall close docket number 14.

   SO ORDERED.

Dated: June 11, 2025
```

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

318329647v.1