```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
Kimberly Steefel,                   :
                                    :
                                    :    25 CV 2885 (LAP)
              Plaintiff(s),         :
                                    :    ORDER OF CONFERENCE
       -against-                    :
                                    :
Ballard Spahr LLP, et al.,          :
                                    :
              Defendant(s).         :
                                    :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on October 7, 2025 at 10:30 am for an Initial Pretrial Conference in the above action.

SO ORDERED.

*Loretta A. Preska*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: September 22, 2025

New York, New York