```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KIMBERLY STEEFEL,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>BALLARD SPAHR LLP, et al.,<br><br>　　　　　　　Defendants. | No. 25-CV-2885 (LAP)<br><br>ORDER OF CONFERENCE |

LORETTA A. PRESKA, Senior United States District Judge:

　　It is hereby ORDERED that counsel are directed to appear telephonically for a Pretrial Conference in the above-captioned action on December 2, 2025, at 10:00 am. The dial in is 1-855-244-8681, the access code is 231-900-63202.

**SO ORDERED.**

Dated:　　November 12, 2025
　　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge