UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIMBERLY STEEFEL,

                Plaintiff,

-against-

BALLARD SPAHR LLP, et al.,

                Defendants.

No. 25-CV-2885 (LAP)

ORDER OF CONFERENCE

---

LORETTA A. PRESKA, Senior United States District Judge:

    The status and settlement conference scheduled for May 18, 2026, is adjourned.  The parties shall appear on June 9, 2026, at 10:00 a.m., in Courtroom 12A, 500 Pearl Street, New York, New York 10007, for a status and settlement conference.

**SO ORDERED.**

Dated:    May 4, 2026
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge