UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x


IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S)

OR GENERAL PURPOSE COMPUTING DEVICE(S)

INTO THE COURTHOUSES OF THE

SOUTHERN DISTRICT OF NEW YORK

FOR USE IN A PROCEEDING OR TRIAL

———————————————————————— x


The following Order is subject to the definitions, obligations and restrictions imposed

pursuant to Standing Order M10-468, as Revised.  Upon submission of written application to this

Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic

Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below

into the Courthouse for use in a proceeding or trial in the action

captioned___Steefel v. Ballard Spahr LLP, Brian Pinheiro_____

                                                                                1:25-cv-02885-LAP

————————————————————————————————————, No. _____. The

date(s) for which such authorization is provided is (are) _June 9, 2026_____.

| Attorney | Device(s) |
| --- | --- |
| 1. Courtney S. Stieber (Defendants) | 1. Laptop<br>2. iPhone |
| 2. Bernard D. Olshansky (Defendants) | 1. Laptop<br>2. iPhone |

6

| | |
|---|---|
| 3. Paul Lantieri III (Defendants) | 1. Laptop; 2. iPhone |
| 4. Meredith Dante (Defendants) | 1. Laptop; 2. iPhone; 3. iPad |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014