UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIMBERLY STEEFEL,

Plaintiff,

v.

Case No.: 1:25-cv-02885-LAP

BALLARD SPAHR LLP
and BRIAN PINHEIRO, individually,

Defendants.

---

## (PROPOSED) REVISED CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, the parties in the above-captioned action conferred by telephone on November 25, 2025, and hereby jointly proposed the following schedule for consideration by the Court:

1.     All parties **do not** consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).

2.     The case **is** to be tried to a jury.

3.     Settlement discussions **have** taken place. Counsel for the parties have discussed an informal exchange of information in aid of early settlement in this case and have agreed upon the following: **The parties exchanged discovery pursuant to the Court's Pilot Discovery Protocols for Counseled Employment Cases on August 1, 2025**.

4.     Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) were superseded by the Pilot Discovery Protocols for Counseled Employment Cases as part of the parties' participation in mandatory mediation pursuant to the Court's Second Amended Standing Administrative Order (M10-468).

5.     Unless a party amends a pleading as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1), amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion for leave to amend or join additional parties shall be filed no later than **January 2, 2026**.

6.  Fact Discovery

   a.  Initial requests for production of documents shall be served no later than **January 7, 2026**.

   b.  Interrogatories shall be served no later than **January 7, 2026**.

   c.  Requests to admit shall be served no later than **May 27, 2026**

   d.  Depositions shall be completed no later than **August 25, 2026**

   e.  All fact discovery shall be completed no later than, **August 25, 2026**

   f.  Any of the deadlines in paragraphs 6(a)-(d) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 7(e).

7.  Expert Discovery, if any

   a.  Plaintiff's expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made no later than **September 29, 2026**.

   b.  Defendants' expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be made no later than **October 30, 2026**.

   c.  All expert discovery, including expert reports and depositions, shall be completed no later than **January 15, 2027**

   d.  The interim deadlines in paragraphs 7(a)-(b) may be extended by the written consent of all parties without application to the Court, provided that all expert discovery is completed by the date set forth in paragraph 7(c).

8.  All discovery must be completed no later than **January 15, 2027**.

9.  Parties shall submit a pre-motion conference letter for any motion for summary judgment by **January 29, 2027.**

10. *Daubert* motions shall be reserved to be addressed as motions *in limine.*

11. Counsel for the parties have discussed the production of electronically stored information and have conferred to determine the form for the production of electronically stored information.

12. The parties agree that the service of discovery materials, motion papers, correspondence, and all other papers may be made by electronic mail. For service of Requests for Production, Interrogatories, or Requests to Admit, service will be effective on the date the document is sent electronically once counsel acknowledges

receipt in good faith.

13. All motions and applications shall be governed by the Court's Individual Practices, including the requirement of a pre-motion conference before a motion for summary judgment is filed.

14. Unless otherwise ordered by the Court, within 30 days after the date for the completion of discovery, or, if a dispositive motion has been filed, within 30 days after a decision on the motion, the parties shall submit to the Court for its approval a Joint Pretrial Order prepared in accordance with the Court's Individual Practices. The parties shall also comply with the Court's Individual Practices with respect to the filing of other required pretrial documents.

15. The parties have conferred and their present best estimate of the length of the trial is **7-10 days**.

Respectfully submitted,

REAVIS PAGE JUMP LLP                    SEYFARTH SHAW LLP

By:  */s/ Ethan M. Krasnoo*             By:  */s/ Bernard D. Olshansky* y:
    Ethan M. Krasnoo, Esq.                Courtney S. Stieber, Esq.
    Alice K. Jump, Esq.                   Bernard D. Olshansky, Esq.
41 Madison Avenue                       620 Eighth Avenue
New York, New York 10010                New York, New York 10018
Tel.: (212) 763-4100                    Tel.: (212) 218-5500
Fax: (212) 763-4141                     Fax: (212) 218-5526
ekrasnoo@rpjlaw.com                     cstieber@seyfarth.com
ajump@rpjlaw.com                        bolshansky@seyfarth.com

*Attorneys for Plaintiff*               *Attorneys for Defendants*
*Kimberly Steefel*                      *Ballard Spahr LLP and Brian Pinheiro*

Dated: June 8, 2026
    New York, New York

**SO ORDERED.**

LORETTA A. PRESKA
Senior United States District Judge

3

326281060v.1