UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY STEEFEL,<br>Plaintiff,<br>-against-<br>BALLARD SPAHR LLP, et al.,<br>Defendants. | No. 25-CV-2885 (LAP)<br>ORDER OF CONFERENCE |

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear on October 14, 2026, at 11:00 a.m., in Courtroom 12A, 500 Pearl Street, New York, New York 10007, for a settlement conference.

**SO ORDERED.**

Dated: October 7, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge